# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Tuesday, February 13, 2024

**MINUTES OF PROCEEDINGS** IN   Open Court

**PRESENT**: THE HONORABLE JAMAR K. WALKER, U.S. DISTRICT JUDGE

Deputy Clerk: P. Thompson            Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: 9:40 a.m. <br> 10:10 a.m. | Ended: 9:55 a.m. <br> 5:05 p.m. |
|---|---|---|

| |
|---|
| Case No.  2:22cv504 |
| William D. Fowler |
| v. |
| Kenneth W. Stolle |
| |
| Attorneys William Thetford and Jonathan Monroe appeared with plaintiff William D. Fowler. |
| Attorneys Jeff Rosen and Jeffrey A. Hunn appeared with defendant Kenneth W. Stolle. |
| |
| Matter came on for trial by jury (Day #1). |
| Court and counsel conducted pretrial conference. |
| Petit jurors were sworn, examined on voir dire, and from said panel came a jury of nine (9) who were duly sworn.   Jurors not selected were excused subject to call. |
| |
| Plaintiff motion to separate witnesses – GRANTED. |
| Opening statements heard. |
| Stipulations read into the record. |
| Plaintiff presented evidence – witness sworn and testified. |
| Exhibits admitted. |
| Objections heard and rulings made. |
| |
| Jurors excused and Court adjourned, to return at 9:45 a.m., Wednesday 2/14/24. |
| |
| (Lunch Recess: 12:55pm – 2:05pm) |